IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:08CR264 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JUANA TAPIA-BORGAS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion for an extension of time by defendant Juana Tapia-Borgas (Tapia-Borgas) (Filing No. 19). Tapia-Borgas seeks an additional thirty days in which to file pretrial motions in accordance with the progression order. Tapia-Borgas's counsel represents that Tapia-Borgas will file an affidavit wherein she consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Tapia-Borgas's counsel represents that government's counsel has no objection to the motion. Upon consideration and for good cause shown, the motion will be granted.

**IT IS ORDERED:**

Defendant Tapia-Borgas's motion for an extension of time and for a continuance of trial (Filing No. 19) is granted. Tapia-Borgas is given until **on or before September 12, 2008,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **August 13, 2008 and September 12, 2008**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B). Trial of this matter will be rescheduled following the disposition of any pretrial motions filed in accordance with this order or upon the expiration of the deadline set forth herein whichever occurs later.

DATED this 13th day of August, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge