IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR264 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JUANA TAPIA-BORGAS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 48), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against Juana Tapia-Borgas only.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 48) is granted.

DATED this 19th day of November, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge